STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 4 1997

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 96-00240 ACK |
| | ) | |
| Plaintiff, | ) | FIRST SUPERSEDING INDICTMENT |
| | ) | |
| | ) | [18 U.S.C. § 2; |
| vs. | ) | 26 U.S.C. § 6050I(f)(1)(A); |
| | ) | 26 U.S.C. § 7203; |
| | ) | 26 U.S.C. § 1.6050I-1; |
| STACY MONIZ, | ) | 31 U.S.C. § 5324(a)(1) and (3); |
| | ) | 26 U.S.C. § 7206(1); |
| Defendant. | ) | 18 U.S.C. §§ 1001 and 152] |
| | ) | |

### FIRST SUPERSEDING INDICTMENT

#### COUNT 1

The Grand Jury charges that:

On or about March 3, 1993, in the District of Hawaii, STACY MONIZ, defendant herein, did knowingly and willfully for



the purposes of evading the return requirements of Title 26, United States Code, Section 6050I, and the Regulations promulgated thereunder, cause and attempt to cause the Law Firm of Sugimoto and Moniz, a trade or business subject to the reporting requirements of Title 26, United States Code, Section 6050I, and the Regulations promulgated thereunder, to fail to file a Return required to be filed thereunder (I.R.S. Form 8300), with the Internal Revenue Service, in connection with the transaction or series of related transactions involving the receipt of a sum of cash, to wit, United States Currency in excess of $10,000, that is, $15,000.

All in violation of Title 26, United States Code, Sections 6050I(f)(1)(A) and 7203; Title 26, Code of Federal Regulations, Section 1.6050I-1; and Title 18, United States Code, Section 2.

### COUNT 2

The Grand Jury further charges:

On or about and between March 3, 1993, and March 8, 1993, in the District of Hawaii, STACY MONIZ, defendant herein, for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5313(a), willfully and unlawfully attempted to structure and assist in structuring, and did in

2

fact, structure and assist in structuring, financial transactions with Bank of Hawaii, a domestic financial institution;

All in violation of Title 31, United States Code, Sections 5324(a)(1) and (3) and Title 18, United States Code, Section 2.

## COUNT 3

The Grand Jury further charges that:

On or about the 1st day of December 1995, in the District of Hawaii, defendant STACY MONIZ resident of Kaneohe, Hawaii, did willfully make and subscribe a 1994 U.S. Individual Income Tax Return Form 1040, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which said 1994 U.S. Individual Income Tax Return Form 1040, he did not believe to be true and correct as to every material matter in that the said 1994 U.S. Individual Income Tax Return Form 1040, stated that STACY MONIZ and his wife had joint taxable income of $14,485, whereas, as he then and there well knew and believed that he and his wife had joint taxable income substantially greater than that reported.

All in violation of Title 26, United States Code, Section 7206(1).

## COUNT 4

The Grand Jury further charges that:

On or about April 10, 1996, in the District of Hawaii, in a matter within the jurisdiction of the Internal Revenue Service, an agency of the United States, the defendant STACY MONIZ, did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation; that is STACY MONIZ stated and represented to Internal Revenue Service representatives that in 1993, he contributed $15,000 in cash into the Law Firm of Sugimoto and Moniz and that he gave the cash to his office manager, whereas, in truth and in fact, as he then knew, he did not make a $15,000 contribution to the Law Firm of Sugimoto and Moniz.

All in violation of Title 18, United States Code, Section 1001.

## COUNT 5

The Grand Jury further charges that:

On or about April 10, 1996, in the District of Hawaii, in a matter within the jurisdiction of the Internal Revenue Service, an agency of the United States, the defendant STACY MONIZ, did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation; that is STACY

MONIZ stated and represented to Internal Revenue Service representatives that he had received a loan for $36,630 from a former client, Louise Sanford in 1994, whereas, in truth and in fact, as he then knew, that he had not received a loan from Louise Sanford in 1994.

All in violation of Title 18, United States Code, Section 1001.

### COUNT 6

On or about August 19, 1997, in the District of Hawaii, STACY MONIZ, defendant herein, knowingly and fraudulently made a false statement and declaration under penalty of perjury, in a case filed under Title 11 of the United States Code and styled "In Re STACY MONIZ, Debtor," Bankruptcy Docket No. 97-02700, in that STACY MONIZ stated and declared that Louise Sanford was a creditor of his, whereas in truth and in fact, as he then knew Louise Sanford was not a creditor of his.

All in violation of Title 18, United States Code, Section 152.

//

//

//

//

DATED: *September 4*, 1997, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U. S. Attorney

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

<u>United States v. Stacy Moniz</u>
"First Superseding Indictment"
Cr. No. 96-00240 ACK